**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ROBYN L. GRITZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 18-2712 (KBJ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF APPEARANCE OF COUNSEL**

The Clerk of the Court will kindly enter the appearance of Assistant United States Attorney Damon W. Taaffe as counsel for defendant in this matter.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:   /s/ *Damon Taaffe*
DAMON TAAFFE, D.C. Bar No. 483874
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20001
(202) 252-2544
damon.taaffe@usdoj.gov