AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ROBYN GRITZ <br><br> *Plaintiff(s)* <br> v. <br> FEDERAL BUREAU OF INVESTIGATION <br> U.S. DEPARTMENT OF JUSTICE <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 18-cv-02712 - KBJ <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* JESSIE K. LIU
U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
555 4th STREET NW
WASHINGTON, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JAMES R. KLIMASKI
1717 N STREET NW
SUITE 2
WASHINGTON, DC 20036-2827
Tel. 202-296-5600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/21/2018

/s/ Reginald D. Johnson
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-02712 - KBJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **US Attorney Jessie Liu**
was received by me on *(date)* **Jan 24 2019**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Nelson Mendoza, Paralegal**, who is
designated by law to accept service of process on behalf of *(name of organization)* **US Attorney for DC Jessie Liu** on *(date)* **Jan 25 2019** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **Jan 29 2019**

*Server's signature*

**W. Jon Pinkus, Paralegal/Process Server**
*Printed name and title*

**Klimaski & Assocs PC
1717 N Street NW - Suite 2
Washington DC 20036**
*Server's address*

Additional information regarding attempted service, etc: