# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBYN L. GRITZ** | February 22, 2019 |
| **Plaintiff,** | |
| v. | Case no. 1:18-cv-02712-KBJ |
| **FEDERAL BUREAU OF INVESTIGATION U.S. DEPARTMENT OF JUSTICE** | |
| **Defendant.** | |

## MOTION FOR ADMISSION OF DEREK A. JORDAN, ESQ.,
*Pro Hac Vice*

Pursuant to Local Rule 83.2(d), James R. Klimaski, Bar #243543, respectfully moves this Court to admit Derek A. Jordan, Esq., in this matter *pro hac vice*.

A Declaration certifying his eligibility to participate *pro hac vice* as a non-member of this Court's bar, along with a proposed Order, are attached.

Respectfully submitted,

**KLIMASKI & ASSOCIATES, P.C.**

February 22, 2019         /s/ *James R. Klimaski*
James R. Klimaski, #243543
KLIMASKI & ASSOCIATES, P.C.
1717 N Street NW
Suite 2
Washington, DC  20036-2827
202-296-5600        Fax 202-296-5601
Klimaski@Klimaskilaw.com

*Local Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBYN L. GRITZ** | February 20, 2019 |
| **Plaintiff,** | |
| v. | Case no. 1:18-cv-02712-KBJ |
| **FEDERAL BUREAU OF INVESTIGATION** **U.S. DEPARTMENT OF JUSTICE** | |
| **Defendant.** | |

**DECLARATION OF DEREK A. JORDAN**
**SUPPORTING HIS APPLICATION**
**FOR ADMISSION** *Pro Hac Vice*

Pursuant to this Court's Local Rule 83.2(d), I, Derek A. Jordan, certify the following information with regard to my application for admission *pro hac vice* to participate in this matter as a non-member of this Court's bar.

(1) My full name: Derek Alan Jordan

(2) Business address and telephone number:

> Barnes Law
> 601 South Figueroa Street
> Suite 4050
> Los Angeles, CA 90017
> Office: 213-330-3341    Mobile Cell: 931-434-4095
> eMail: derekjordan@barneslawllp.com

(3) Courts and Bars admitted to: My Tennessee Bar number is 34299. I am admitted to practice before the U.S. Court of Appeals for the 5th Circuit; the U.S. Tax Court; and the U.S. District Courts for the Eastern District of Tennessee, Middle District of Tennessee, and Western District of Texas.

(4)  I certify that I have not been disciplined by any Bar.

(5)  I have not been admitted *pro hac vice* in this Court within the last two years.

(6)  I do not engage in the practice of law in an office in the District of Columbia, nor do I have an application for such membership pending.

                                  Respectfully submitted,

February 20, 2019

                                /s/  **Derek A. Jordan**
                               Derek A. Jordan, Tennessee Bar #34299
                               Barnes Law
                               601 South Figueroa Street
                               Suite 4050
                               Los Angeles, CA 90017
                               Office: 213-330-3341
                               Mobile Cell: 931-434-4095
                               derekjordan@barneslawllp.com

                               *Counsel for Plaintiff*
                               *Admission Pro Hac Vice Pending*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**ROBYN L. GRITZ**

    **Plaintiff,**

    v.

**FEDERAL BUREAU OF INVESTIGATION**
**U.S. DEPARTMENT OF JUSTICE**

    **Defendant.**

Case no. 1:18-cv-02712-KBJ

## ORDER

Upon consideration of the Plaintiff's Motion for the admission of Derek A. Jordan *pro hac vice*, it is this _____ day of _____2019, by the United States District Court for the District of Columbia,

**ORDERED** that the Motion for the admission of Derek A. Jordan *pro hac vice* is **GRANTED**.

_____
Ketanji Brown Jackson
United States District Judge

Copies to Counsel
through the Court's CM/ECF electronic notice.