**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                                                )
ROBYN L. GRITZ,                                     )
                                                                )
            Plaintiff,                                      )
                                                                )
    v.                                                        )    Civil Action No. 18-2712 (KBJ)
                                                                )
FEDERAL BUREAU OF INVESTIGATION,  )
                                                                )
            Defendant.                                   )
_____)

**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, through undersigned counsel, respectfully moves the Court for a 30-day extension of time to file Defendant's response to Plaintiff's complaint, from March 26, 2018 until April 25, 2019. This is Defendant's first request for an extension of time in this matter.

Defendant was served in this matter on January 25, 2019, during the last day of the government shutdown. Due to apparent confusion caused by the shutdown regarding the coordination of information between the U.S. Attorney's Office and the Federal Bureau of Investigation ("FBI"), the FBI was delayed in assigning an agency contact to this case and requesting relevant files from Defendant's Equal Employment Opportunity office. Accordingly, Defendant requires an extension of time to conduct a reasonable inquiry into the allegations contained in the complaint in order to respond completely and accurately.

Pursuant to Local Civil Rule 7(m), undersigned counsel has consulted with counsel for Plaintiff and Plaintiff consented to the relief requested.

A proposed order is attached.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ Christopher C. Hair
CHRISTOPHER C. HAIR, Pa. Bar # 306656
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone: (202) 252-2541
Email: christopher.hair@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBYN L. GRITZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 18-2712 (KBJ) |
| ) | |
| FEDERAL BUREAU OF INVESTIGATION, ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of Defendant's motion for an extension of time, it is **ORDERED** that the Motion is granted; it is **FURTHER ORDERED** that Defendant's response to Plaintiff's complaint will be due on April 25, 2019.

**SO ORDERED**.

_____            _____
Date                              Kentanji Brown Jackson
                                  United States District Judge