## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| ROBYN L. GRITZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-2712 (KBJ) |
| | ) | |
| WILLIAM P. BARR, in his official capacity | ) | |
| as Attorney General of the United States,[1] | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### DEFENDANT'S CONSENT MOTION FOR EXTENSION OF TIME
### TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant William P. Barr, Attorney General of the United States, through undersigned counsel, respectfully moves the Court for a 29-day extension of time to file Defendant's response to Plaintiff's complaint, from April 25, 2018, until May 24, 2019.  This is Defendant's second request for an extension of time in this matter.  Pursuant to Local Civil Rule 7(m), undersigned counsel has consulted with counsel for Plaintiff and Plaintiff consented to the relief requested.  Defendant acknowledges that the Court's General Order (ECF No. 3) requires extension motions to be filed at least two business days in advance of the deadline.  As explained below, however, Defendant believes there is good cause for granting this motion.

Defendant was served in this matter on January 25, 2019, during the last day of the government shutdown.  Due to apparent confusion caused by the shutdown regarding the coordination of information between the U.S. Attorney's Office and the Federal Bureau of Investigation ("FBI"), the FBI was delayed in assigning an agency contact to this case and requesting relevant files from Defendant's Equal Employment Opportunity ("EEO") office.  The

---

[1]     Pursuant to Federal Rule of Civil Procedure 25(d), Attorney General William P. Barr is automatically substituted as the Defendant in this action for former Acting Attorney General Matthew Whitaker.

FBI later assigned a paralegal to gather the EEO documents related to Plaintiff's administrative case and provide them to undersigned counsel.  After conferring with Plaintiff's counsel regarding a potential dispositive motion with respect to any unexhausted claims, undersigned counsel learned today (*i.e.*, April 25, 2019) that there may be additional EEO documents related to Plaintiff's amendment of her EEO complaint regarding her Rehabilitation Act claim that the FBI has not located.  Accordingly, Defendant respectfully requests an extension of time to allow the FBI to locate any additional relevant EEO documents, assign counsel to assist undersigned in this proceeding, and confer with Plaintiff regarding any exhaustion issues in order to potentially reduce or eliminate the need for dispositive motions on those issues prior to any discovery in this case.

A proposed order is attached.

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By: /s/ Christopher C. Hair
CHRISTOPHER C. HAIR, Pa. Bar # 306656
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2541
Email:  christopher.hair@usdoj.gov

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                          )
ROBYN L. GRITZ,                           )
                                          )
                  Plaintiff,              )
                                          )
         v.                               )   Civil Action No. 18-2712 (KBJ)
                                          )
FEDERAL BUREAU OF INVESTIGATION,          )
                                          )
                  Defendant.              )
_____   )

### [PROPOSED] ORDER

Upon consideration of Defendant's motion for an extension of time, it is **ORDERED** that

the Motion is granted; it is **FURTHER ORDERED** that Defendant's response to Plaintiff's

complaint will be due on May 24, 2019.

**SO ORDERED**.


_____                         _____
Date                                Kentanji Brown Jackson
                                    United States District Judge