## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBYN L. GRITZ, | : | Case No. 1:18-cv-02712-KBJ |
| Plaintiff | : | |
| | | May 29, 2019 |
| vs. | : | |
| FEDERAL BUREAU OF INVESTIGATION, | : | |
| Defendant. | : | |

## PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME TO JULY 14, 2019, TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS

Plaintiff, by and through the undersigned, respectfully moves the Court for a 30-day extension of time to July 14, 2019, to reply or otherwise respond to Defendant's Partial Motion to Dismiss.  Plaintiff has conferred with Defendant's counsel who consents to the extension. This is Plaintiff's first request for an extension of time.

Plaintiff filed her complaint on November 20, 2018. (Dkt. No. 1).  Electronic Summons was issued on the Defendants on November 21, 2018. (Dkt. No. 2).  Defendant was personally served on January 25, 2019. (Dkt. No. 6). On May 24, 2019, Defendant filed a Partial Motion to Dismiss and exhibits. (Dkt. No. 12). Plaintiff's reply or other response would be due on June 14, 2019.  Plaintiff, with consent from Defendant, asks the Court to extend the deadline for response 30 days to July 14, 2019, to allow Plaintiff time to reply, or otherwise respond, completely and accurately.

A proposed order is attached and included in this electronic file.

Respectfully submitted,

By:     */s/ Derek A. Jordan*

Derek A. Jordan, TN. Bar # 34299
Admitted *pro hac vice*

Barnes Law, LLP
601 S. Figueroa St. – Suite 4050
Los Angeles, CA 90017
(310) 510-6211    Fax: (310) 510-6225
derekjordan@barneslawllp.com
Main Counsel for Plaintiff


  */s/  James R. Klimaski*
James R. Klimaski, #243543

Klimaski & Associates, P.C.
1717 N Street NW – Suite 2
Washington, DC  20036-2827
202-296-5600    Fax 202-296-5601
Klimaski@Klimaskilaw.com
Local Counsel for Plaintiff

2

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBYN L. GRITZ,                            :          Case No. 1:18-cv-02712-KBJ

       Plaintiff                          :

          vs.                              :

FEDERAL BUREAU OF INVESTIGATION,           :

       Defendant.                         :

## **PROPOSED ORDER**

Upon consideration of Plaintiff's consent motion for an extension of time, it is

**ORDERED** that the Motion is granted; it is **FURTHER ORDERED** that Plaintiff's response to

Defendant's Partial Motion to Dismiss will be due on July 14, 2019.

**SO ORDERED.**

_____                                        _____

**Date**                                            **Kentanji Brown Jackson**
                                                    **United States District Judge**

3

## CERTIFICATE OF SERVICE

I certify that the foregoing PLAINTIFF's CONSENT MOTION FOR EXTENSION OF TIME TO JULY 14, 2019, TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS and PROPOSED ORDER was made through the Court's electronic filing and notice system (CM/ECF), or, as appropriate by sending of copy of the same by electronic mail to the following address:

Christopher C. Hair
Assistant United States Attorney
Civil Division
U.S. Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Christopher.Hair@usdoj.gov

DATED this 29th of May 2019.

/s/ Derek A. Jordan
Derek A. Jordan, Esq.
*Admitted pro hac vice*

4