# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBYN L. GRITZ, | : | Case No. 1:18-cv-02712-KBJ |
| Plaintiff | : | |
| | : | May 29, 2019 |
| vs. | : | |
| FEDERAL BUREAU OF INVESTIGATION, | : | |
| Defendant. | : | |

## PRAECIPE:
## PLAINTIFF'S REQUEST FOR THE CLERKS TO ADD HER MAIN COUNSEL DEREK JORDAN TO THE ELECTRONIC SERVICE LIST FOR THIS CASE

If it please the Court, Plaintiffs' counsel respectfully ask that the Clerks please add her Main Counsel Derek A. Jordan to the Electronic Service list for this case, along with other Counsel already so served in this case.

Mr. Jordan has been admitted *pro hac vice* and has made himself familiar with this Court's Local Rules. He will also always have the assistance of his Local Counsel James Klimaski as needed. Mr. Jordan will gladly answer any questions or provide any required additional information as needed.

His eMail address is derekjordan@barneslawllp.com and is listed in his signature block on all pleadings.

Respectfully submitted,

By: */s/ Derek A. Jordan*
Derek A. Jordan, TN. Bar # 34299
Admitted *pro hac vice*

Barnes Law, LLP
601 S. Figueroa St. – Suite 4050
Los Angeles, CA 90017

                                  (310) 510-6211   Fax: (310) 510-6225
                                  derekjordan@barneslawllp.com
                                  Main Counsel for Plaintiff


                                  */s/  James R. Klimaski*
                                  James R. Klimaski, #243543

                                  Klimaski & Associates, P.C.
                                  1717 N Street NW – Suite 2
                                  Washington, DC  20036-2827
                                  202-296-5600   Fax 202-296-5601
                                  Klimaski@Klimaskilaw.com
                                  Local Counsel for Plaintiff



## CERTIFICATE OF SERVICE

     I certify that the foregoing was served to the following Counsel for Defendant by Electronic Notice following electronic filing on the Court's secure website on May 29, 2019:

    AUSA Christopher C. Hair
    Civil Division
    U.S. Attorney's Office for the District of Columbia
    555 4th Street NW
    Washington, DC  20530
    (202) 252-2541
    Christopher.Hair@usdoj.gov


                                  */s/ Jon Pinkus*
                                  Jon Pinkus
                                  Klimaski & Associates, P.C.