# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBYN L. GRITZ, | ) |
| Plaintiff, | ) )  ) |
| v. | ) Civil Action No. 18-2712 (KBJ) |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S RENEWED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT AND MOTION FOR EXTENSION OF TIME

Defendant William P. Barr, the Attorney General of the United States, hereby files his Response to Plaintiff's Renewed Motion for Leave to File First Amended Complaint in this action. *See* ECF No. 17. Plaintiff's proposed Amended Complaint (*see* ECF No. 17-1) seeks to add an additional 217 paragraphs of allegations and three new causes of action (*i.e.*, Count 4 (retaliatory hostile work environment), Count 5 (sex/gender discrimination and hostile work environment), and Count 6 (constructive discharge). Federal Rule of Civil Procedure 15(a) provides for amendment of pleadings as a matter of course within 21 days after service of a responsive pleading. Fed. R. Civ. P. 15(a)(1)(B). Here, Defendant served his responsive pleading on May 24, 2019—more than 21 days before Plaintiff's instant motion to amend. Because of the passage of time, Plaintiff may now amend only with Defendant's written consent, or with leave of the Court. Fed. R. Civ. P. 15(a)(2).

In order to avoid unnecessary delay in this litigation and to conserve judicial resources, Defendant hereby consents to the filing of Plaintiff's proposed Amended Complaint. Defendant

reserves his right to challenge the Amended Complaint under Rules 8 and 12 of the Federal Rules of Civil Procedure ("Rules) in any responsive pleading.

Pursuant to Rule 15(a)(3), unless the Court orders otherwise, Defendant's time for responding to Plaintiff's Amended Complaint would be 14 days.  Due to the substantial new allegations and claims contained in the Amended Complaint, Defendant respectfully moves the Court to enlarge the time for Defendant's response to 45 days.  Undersigned counsel for Defendant conferred with counsel for Plaintiff and Plaintiff has consented to an extension of time for Defendant to file its response 45 days after the Court grants Plaintiff's Renewed Motion for Leave to File First Amended Complaint.

A proposed order is attached.

Dated: August 1, 2019                    Respectfully submitted,

                                         JESSIE K. LIU, D.C. Bar # 472845
                                         United States Attorney
                                         For the District of Columbia

                                         DANIEL F. VAN HORN, D.C. Bar # 924092
                                         Chief, Civil Division

                                         /s/  *Christopher C. Hair*
                                         CHRISTOPHER C. HAIR, PA Bar # 306656
                                         Assistant United States Attorney
                                         555 4th Street, N.W.
                                         Washington, D.C. 20530
                                         (202) 252-2541
                                         christopher.hair@usdoj.gov

                                         *Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                       )
ROBYN L. GRITZ,                        )
                                       )
      Plaintiff,                      )
                                       )
v.                                     )   Civil Action No. 18-2712 (KBJ)
                                       )
WILLIAM P. BARR, in his official capacity )
as Attorney General of the United States, )
                                       )
      Defendant.                      )
_____ )

## [PROPOSED] ORDER

In light of Plaintiff's Renewed Motion for Leave to File First Amended Complaint, and Defendant's consent thereto, it is hereby **ORDERED** that Plaintiff's Motion is **GRANTED**; it is further **ORDERED** that Plaintiff's Amended Compliant is deemed filed.  Defendant's response to Plaintiff's Amended Complaint is due 45 days from the date of this Order.

**SO ORDERED**.

_____                    _____
DATE                                    Kentanji Brown Jackson
                                        UNITED STATES DISTRICT JUDGE