ALL INFORMATION CONTAINED
HEREIN IS UNCLASSIFIED
WHERE SHOWN OTHERWISE

SECRET

CLASSIFIED BY NSICG/J48J67T35
REASON: 1.4 (c)
DECLASSIFY ON: 06-10-2040
DATE: 06-10-2015

Washington, D.C.

## SIGNED SWORN STATEMENT

I, Andrew G. McCabe, Assistant Director, Counterterrorism Division, Federal Bureau of Investigation (FBI), do hereby solemnly swear to the following:

I have been advised by Supervisory Special Agent (SSA) Laura L. Henry, Office of Equal Employment Opportunity Affairs (OEEOA), FBI, that she is investigating a complaint of employment discrimination (FBI-2012-00263) pursuant to Title 29 of the Code of Federal Regulations, Part 1614.

I understand that the complainant is Robyn Lee Gritz, Supervisory Special Agent, assigned to the Counterterrorism Division of the FBI, and that accepted for investigation are the following allegations:

Whether complainant was subjected to a hostile work environment and discriminated against based on sex (female), age (DOB: January 21, 1969), disability (mental) and reprisal for EEO activity when: 1) sometime prior to January 2012, her former Section Chief (SC) shared confidential information regarding her mental health, time and attendance and personal relationships with her SC prior to her reporting as a Detailee to the Central Intelligence Agency (CIA); 2) since January 2012, she has not been tasked to serve in a senior management acting assignment; 3)

1                                                Affiant's Initials /AM/

SECRET

SECRET

Gritz as my contemporary.

I am not in a position to determine whether or not Ms. Gritz has a disability, either mental or physical. I never observed such a disability. Ms. Gritz never shared any information with me indicating she has a disability of any kind. She also never provided any medical documentation to me indicating she has a disability. Additionally, Ms. Gritz never submitted a request, verbally or in writing, to me for a reasonable accommodation based on a disability.

I first officially became aware of Ms. Gritz's participation in EEO protected activity when I received an ec dated 10/25/2012 that indicated Ms. Gritz filed a formal complaint of discrimination. The ec did not identify the substance or nature of the complaint, but rather cautioned me as the head of the division not to destroy any records pertaining to Ms. Gritz. I later received an e-mail from SSA Henry, EEO Investigator, on February 14, 2013, that contained additional details as regarding Ms. Gritz's complaints.

I first learned of the issues that led to Ms. Gritz's current OPR investigation during a telephone call with Deputy Assistant Director (DAD) Jennifer Ley on June 19, 2012. I recall that during the course of our conversation, DAD Ley mentioned to me that Ms. Gritz had filed or intended to file an EEO complaint against her immediate supervisor, Richard D. Schwein, Jr., then

4                                            Affiant's Initials /AM/

SECRET