UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBYN L. GRITZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-2712 (KBJ) |
| | ) |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE REPLY IN FURTHER SUPPORT OF DEFENDANT'S PARTIAL MOTION TO DISMISS**

Defendant William P. Barr, Attorney General of the United States, through undersigned counsel, respectfully moves the Court for an extension of time to file Defendant's reply in further support of Defendant's partial motion to dismiss, *see* ECF No. 19, from December 2, 2019, until December 20, 2019. This is Defendant's first request for an extension of time with respect to this deadline and third request for an extension in this matter. Pursuant to Local Civil Rule 7(m), undersigned counsel has consulted with counsel for Plaintiff and Plaintiff consented to the relief requested.

Good cause exists for granting Defendant's motion. Plaintiff's opposition was filed on November 25, 2019. Accordingly, pursuant to Local Civil Rule 7(d), Defendant's reply is due on December 2, 2019. Due to the Thanksgiving holiday, undersigned counsel for Defendant and counsel for the Federal Bureau of Investigation ("FBI") will be out of the office beginning on November 28, 2019, and will not return until December 2, 2019. Accordingly, Defendant requires a reasonable amount of additional time to prepare its reply brief and to respond to the arguments advanced in Plaintiff's opposition. Moreover, undersigned counsel is currently

handling a full docket of active cases with numerous other filing deadlines (*i.e.*, more than 20) occurring during the first three weeks of December 2019, including several dispositive motions and substantive briefs. Because of the demands from undersigned's many other cases, additional time is necessary and would be beneficial for the preparation of Defendant's reply brief.

A proposed order is attached.

Dated: November 27, 2019              Respectfully submitted,

                                          JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL VAN HORN, D.C. Bar # 924092
Chief, Civil Division

/s/ *Christopher C. Hair*
CHRISTOPHER C. HAIR, PA Bar # 306656
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2541
Email:  christopher.hair@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBYN L. GRITZ, | ) |
| Plaintiff, | ) ) ) ) |
| v. | )  Civil Action No. 18-2712 (KBJ) |
| WILLIAM P. BARR, in his official capacity as Attorney General of the United States, | ) ) ) ) |
| Defendant. | ) ) |

## [PROPOSED] ORDER

Upon consideration of Defendant's motion for an extension of time, it is **ORDERED** that the Motion is granted; it is **FURTHER ORDERED** that Defendant's reply in further support of Defendant's partial motion to dismiss is due by December 20, 2019.

**SO ORDERED**.

_____                              _____
Date                                                    Hon. Kentanji Brown Jackson
                                                              UNITED STATES DISTRICT JUDGE