UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBYN L. GRITZ,

        Plaintiff,

v.

MERRICK B. GARLAND,

        Defendant.

Civil Action No. 18-cv-02712 (JMC)

# ORDER

For the reasons stated in the Court's accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED** as to Gritz's retaliation claims brought under Title VII, the ADEA, and the Rehabilitation Act (Counts 1, 2, and 3);

**ORDERED** that Defendant's Motion to Dismiss is **GRANTED** as to Gritz's Title VII discrimination claim (Count 5), insofar as that claim rests upon Gritz's non-selection to job boards after she filed her EEO complaint;

**ORDERED** that Defendant's Motion to Dismiss is **DENIED** as to all other claims.

**SO ORDERED.**

DATE: June 21, 2023

_____
JIA M. COBB
United States District Judge

1